UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

KEN DYSON also known as Dyson Ken,

                                    Plaintiff,

        -v-                                        9:18-CV-14
                                                   (DNH/DJS)


S. LEONARD, Sergeant, Great Meadow
Correctional Facility; S. MOSIER, Officer, Great
Meadow Correctional Facility; J. DALABA,
Officer, Great Meadow Correctional Facility; M.
HOKE, Officer, Great Meadow Correctional
Facility; M. KEOUGH, Officer, Great Meadow
Correctional Facility; and C. ROSTNI, Officer,
Great Meadow Correctional Facility,


                                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:

KEN DYSON
Plaintiff pro se
16-A-1874
Great Meadow Correctional Facility
Box 51
Comstock, NY 12821

HON. LETITIA JAMES                      OMAR J. SIDDIQI, ESQ.
Attorney General for the State of New York      Ass't Attorney General
Attorney for Defendants
The Capitol
Albany, NY 12224


DAVID N. HURD
United States District Judge

## DECISION and ORDER

Pro se plaintiff Ken Dyson brought this civil rights action pursuant to 42 U.S.C. § 1983. On December 27, 2018, the Honorable Daniel J. Stewart, United States Magistrate Judge, advised by Report-Recommendation that the case be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b). The Report-Recommendation was mailed to plaintiff's last known address and returned as undeliverable. No objections to the Report-Recommendation have been filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

The Clerk is directed to enter judgment accordingly and close the file.

IT IS SO ORDERED.

_____
United States District Judge

Dated: February 12, 2019
      Utica, New York.